479 A.2d 1103

Commonwealth v. Perry, Appellant.

Submitted November 8, 1983. Norman A. Krumenacker, III, Assistant Public Defender, for appellant; David J. Tulowitzki, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.

479 A.2d 1103

Commonwealth v. Piuri, Appellant.

Submitted February 27, 1984. Dennis M. Dimartini, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.